

July 27, 2020

<u>Via ECF</u>
Hon. Philip M. Halpern, U.S.D.J.
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

      Re:    *Murray v. Dutcavich, et al.*,
              No. 7:17 Civ. 9121 (PMH)

Dear Judge Halpern:

      Along with the Law Office of D. Jen Brown, PLLC, this office represents Plaintiff and the putative class in the above-referenced matter. We write with Defendants' consent to request an adjournment of the telephonic status conference with the Court scheduled for July 30, 2020 at 1:00 p.m.

      We request this adjournment because Mr. Kessler and I have a previously scheduled mediation on July 30. This is Plaintiff's first request to adjourn this conference. We have conferred with Defendants' counsel about potential adjournment dates. Based on counsel's availability, we propose rescheduling the conference for August 3, August 5, or August 10.

      Thank you for your attention to this request.

Respectfully submitted,

Garrett Kaske

Application granted. The July 30, 2020 telephonic conference is adjourned until August 3, 2020 at 1:00 p.m.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
       July 28, 2020