**The Law Office of D. Jen Brown, PLLC**
PO Box 2238, Poughkeepsie, NY 12601

Phone 845 454 0835
Fax 845 454 0836

August 11, 2021

Hon. Phillip M. Halpern, USDJ
Federal Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

     Re:    <u>Nelson Murray v. Dutchess County et al.</u>
              7:17-cv-09121

Dear Judge Halpern,

> The Court construes Plaintiff's request for a pre-motion conference (Doc. 94) as a motion to compel Ms. Blackburn's deposition under Federal Rule of Civil Procedure 37. *See In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d Cir. 2011) (upholding construction of pre-motion letter as motion).
>
> The application is DENIED.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 94 and Doc. 96.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            August 23, 2021

     The parties have reached an impasse over the plaintiff's request to depose Caroline Blackburn Esq., a former line attorney for Dutchess County.[1] The defendants decline to produce Ms. Blackburn, but they do not identify a privilege that would entitle them to a protective order.

     The parties have conferred (as set forth in the attached correspondence) but are unable to resolve the dispute. Time is of the essence as the deadline for completing fact discovery is **August 31, 2021**. Accordingly, this letter is a joint request for a pre-motion conference.

     "The party seeking a protective order bears the burden of establishing that good cause for the order exists." *Duling v. Gristede's Operating Corp.*, 266 F.R.D. 66, 71 (S.D.N.Y. Mar. 30, 2010). "Good cause is established by 'demonstrating a particular need for protection.'" Id. (quoting *Cipollone v. Liggett Group, Inc.,* 785 F.2d 1108, 1121 (3d Cir. 1986)). "Ordinarily, good cause exists 'when a party shows that disclosure will result in a clearly defined, specific and serious injury.'" *In re Terrorist Attacks on Sept. 11, 2001*, 454 F. Supp. 2d 220, 222 (S.D.N.Y. 2006) (quoting *Shingara v. Skiles*, 420 F.3d 301, 306 (3d Cir. 2005)).

Email JenBrown@DJenBrownESQ.com         The Law Office of D. Jen Brown, PLLC

                                                          _D. Jen Brown_
                                                          D. Jen Brown, Esq.

Attachments
cc:    Garrett Kaske, Esq. (by ECF)
        Kimberly Hunt-Lee, Esq. (by ECF)
        Mr. Nelson Murray

---

[1] Ms. Blackburn has since been elevated to the position of County Attorney.