UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NELSON A. MURRAY,

              Plaintiff,

v.

DUTCHESS COUNTY EXECUTIVE
BRANCH, et al.,

              Defendants.
-----------------------------------------------------------X

**ORDER**

17-CV-09121 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared via telephone at 10:30 a.m. today. By November 5, 2021, Defendants are directed to provide Plaintiff with copies of the deposition transcripts identified during the conference that not have not yet been provided to Plaintiff. Also by November 5, 2021, Plaintiff is directed to provide Defendants with copies of the deposition transcripts identified during the conference that have not yet been provided to Defendants. To the extent that any deposition transcript(s) is not available by November 5, 2021, such transcript(s) shall be provided as soon as it becomes available. In accordance with this Court's Individual Practice Rule 4.E., Defendants are directed to serve their Rule 56.1 Statement by December 3, 2021; Plaintiff is directed to respond to the 56.1 Statement in a single document, in compliance with the Court's Individual Practice Rule 4.E.iv., by December 20, 2021. Defendants are directed to file their pre-motion letter and Rule 56.1 Statement by December 22, 2021; Plaintiff is directed to file his letter in opposition by December 27, 2021. Plaintiff, should he be so advised, shall file his motion for class certification by December 3, 2021; Defendants shall file their opposition by December 17, 2021; Plaintiff shall file his reply by December 24, 2021.

      In light of Plaintiff's representation during the conference that he wishes to dismiss all claims against defendant James Dewitt, the parties are further directed to file a proposed stipulation and order by November 5, 2021 dismissing defendant James Dewitt from this action.

SO ORDERED:

Dated: White Plains, New York
       November 3, 2021

_____
Hon. Philip M. Halpern
United States District Judge