Scott D. Bergin
Richard R. DuVall
Lance N. Portman
Richard J. Olson
Matthew V. Mirabile
Kimberly Hunt Lee
Rebecca M. Blahut
Daniel C. Stafford
Tristan Smith
Thomas J. Cummings
Nicholas Tarkazikis



**McCABE & MACK LLP**
ATTORNEYS AT LAW

mccm.com

*Of Counsel*
David L. Posner
Ellen L. Baker
Hon. Albert M. Rosenblatt
Mary E. Tokarz

J. Joseph McGowan *(Retired)*
John E. Mack *1874-1958*
Joseph A. McCabe *1890-1973*
Edward J. Mack *1910-1998*

**Direct Dial: (845) 486-6894**
**E-mail: klee@mccm.com**

February 15, 2022

**VIA ECF**
Hon. Philip M. Halpern
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:     Murray v. County of Dutchess
        17-9121 (PMH)(PED)
        Our File No. 5050-78

Dear Judge Halpern:

I am in receipt of Your Honor's notification of a telephonic pre-motion conference scheduled for April 14, 2022 at 2:30 p.m.  I am out of the country the week of April 11, 2022 and  unavailable from April 11, 2022 through April 15, 2022.  I would respectfully request this dated be adjourned until the following week, if possible.

Thank you.

Respectfully yours,

McCABE & MACK LLP

KIMBERLY HUNT LEE

KHL/dmf
cc:     D. Jen Brown, Esq./The Law Office of D. Jen Brown, PLLC
        Garrett Kaske, Esq./Kessler Matura, P.C.

---

Application granted.

The pre-motion scheduled for April 14, 2022 is adjourned to 11:00 a.m. on April 21, 2022. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code: 3456831.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 108.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        February 16, 2022

---