**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NELSON A. MURRAY,

                Plaintiff,

-against-                                17 **CIVIL** 9121 (PMH)

                                            **JUDGMENT**

MATTHEW DUTCAVICH, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 30, 2023, Defendants' motion for summary judgment is GRANTED and Plaintiff's First Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

        July 5, 2023

                                                                         **RUBY J. KRAJICK**

                                                                   _____
                                                                       **Clerk of Court**

                                                **BY:**     *K. Mango*
                                                                    _____
                                                                       **Deputy Clerk**